# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO D. PURNELL,<br><br>                      Petitioner,<br>vs.<br><br>P.D. BRAZELTON, Warden,<br><br>                      Respondent. | CASE NO. 13cv2478 DMS (DHB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On October 11, 2013, Petitioner Scorpio Purnell, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 4, 2014, Magistrate Judge David H. Bartick issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. There are no objections to the R&R.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation in full and denies the petition for writ of habeas corpus. The Court finds no basis for a certificate of appealability.

**IT IS SO ORDERED**.

DATED: April 15, 2014

                                              HON. DANA M. SABRAW
                                              United States District Judge